# oFifth District Court of Appeal
# State of Florida
_____

Case No. 5D2025-1173
LT Case No. 2023-CF-001847-A
_____

James A. Rouse,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Melissa D. Souto, Judge.

Jonathan Edwin Mills, Orlando, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Whitney
Brown Hartless, Assistant Attorney General, Daytona Beach, for
Appellee.

July 21, 2026

Per Curiam.

AFFIRMED. *See State v. Rucker*, 613 So. 2d 460, 462 (Fla.
1993).

Jay, C.J., and Eisnaugle and Harris, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————